EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4523
Chief, Violent Crimes

LORETTA SHEEHAN #4160
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 02 2005

at 11 o'clock and 10 min. A .M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KEITH TAKEO KOGA,<br><br>            Defendant. | CR. NO. CR05-00084 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 922(g)(1)] |

INDICTMENT

The Grand Jury charges:

On or about February 17, 2005, in the District of Hawaii, the defendant, KEITH TAKEO KOGA, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, a Glock .40 caliber semi-automatic pistol,

bearing serial number NR207US, and .40 caliber Winchester ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

DATED: March 2, 2005 at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. KEITH TAKEO KOGA
Cr. No.
"Indictment"

2