ORIGINAL

**THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
KEITH TAKEO KOGA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 10 2006

at 2 o'clock and 53 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 05-00084 JMS |
|---|---|
| Plaintiff, | ) REQUEST FOR SENTENCE BELOW THE ADVISORY GUIDELINES; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE |
| vs. | |
| KEITH TAKEO KOGA, | |
| Defendant. | ) DATE: April 17, 2006<br>) TIME: 1:30 pm<br>) JUDGE: J. Michael Seabright |
| | ) **[UNDER SEAL]** |

SEALED
BY ORDER OF THE COURT