**THIS DOCUMENT FILED UNDER SEAL PURSUANT TO AMENDED GENERAL ORDER REGARDING GUIDELINE SENTENCING filed on August 22, 1990**

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
KEITH TAKEO KOGA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 05-00084 JMS |
|---|---|
| Plaintiff, | ) ADDENDUM TO THE REQUEST FOR SENTENCE BELOW THE |
| vs. | ) ADVISORY GUIDELINES filed April 10, 2006; CERTIFICATE OF |
| KEITH TAKEO KOGA, | ) SERVICE |
| Defendant. | ) DATE:   April 17, 2006<br>) TIME:   1:30 pm<br>) JUDGE:  J. Michael Seabright |
|  | ) [UNDER SEAL] |



SEALED
BY ORDER OF THE COURT