# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CRIMINAL 05-00084JMS-01

CASE NAME:       United States of America vs. Keith Takeo Koga

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   J. Michael Seabright          REPORTER:

DATE:    4/18/2006                      TIME:

COURT ACTION: ENTERING ORDER: The Minutes of April 17, 2006 is amended to reflect:

   The Court advised the defendant of his rights to appeal, which was omitted from the original minutes.

Submitted by:   Dottie Miwa, Courtroom Manager